# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TODD MAUGER,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, and Does 1 through 15, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 04cv2547-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

　　　　On June 1, 2006, Judge Marilyn Huff recused from this case, which was then reassigned to Judge Larry Burns. Following settlement discussions, the parties submitted a stipulation for dismissal and proposed order. On August 22, 2006 the proposed order of dismissal was signed by Judge Huff; this order was entered on August 24.

　　　　The Court has reviewed the stipulation and proposed order, and therefore orders that this action is **DISMISSED** effective August 24, 2006 with prejudice pursuant to Fed. R. Civ. P. 41. Each party shall bear its own attorneys' fees and costs of suit. The pretrial conference scheduled for December 18, 2006 at 11:15 a.m. is hereby taken off calendar. No further appearances will be required in this case.

/ / /

/ / /

/ / /

1 | Because the order signed on August 22 is attached to the parties' stipulation, it shall not be removed from the docket, but the Clerk shall note in the docket that the order originally filed on August 24, 2006 is superseded by this Order, which is effective August 24, 2006.

**IT IS SO ORDERED**.

DATED: November 29, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge